■ Lois Spett, Respondent, v. Milton Spett, Appellant.— Order, Supreme Court, New York County, entered October 1, 1971, which granted plaintiff's motion for temporary alimony and counsel fees, unanimously modified, on the law and the facts, to the extent of reducing the award of temporary alimony to $75 per week and counsel fees to $1,000; and as so modified, the order is otherwise affirmed, without costs and without disbursements. On the present record, the awards were excessive to the extent indicated. Concur — Stevens, P. J., Capozzoli, Markewich, Murphy and McNally, JJ.

■ The People of the State of New York ex rel. Nicholas Cuccinello and Patrick Vecchio, Appellants, v. Albert Glick, as Warden of Manhattan House of Detention for Men, Respondent.— Judgment of Supreme Court, New York County, entered November 11, 1971, dismissing a writ of habeas corpus brought to reduce bail in a pending criminal case, unanimously reversed, on the law and in the exercise of discretion, and the writ sustained to the extent that bail is fixed in the amount of $60,000 for each relator. In our opinion, it was an abuse of discretion to refuse to reduce the excessive bail theretofore fixed considering the usual criteria to be applied in the granting of bail. (See *People ex rel. Klein* v. *Krueger*, 25 N Y 2d 497.) Concur — Stevens, P. J., Capozzoli, Markewich, Murphy and McNally, JJ.